IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CASEY J. CARSON, | ) |
| | ) |
| Petitioner/Defendant, | ) |
| | ) CIVIL NO. 09–526–GPM |
| vs. | ) |
| | ) CRIMINAL NO. 06–30135 |
| UNITED STATES of AMERICA, | ) |
| | ) |
| Respondent/Plaintiff. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Mr. Carson moves for leave to proceed *in forma pauperis* on appeal (Doc. 10). "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). An appellant is "acting in bad faith in the more common legal meaning of the term . . . [when he sues] . . . on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

Mr. Carson's earlier motion under § 2255 was denied because he asserted frivolous claims as was his request for issuance of a certificate of appealability. He does not now give reasons why the earlier orders were wrong. So, the Court **CERTIFIES** that this appeal is not taken in good faith and leave to proceed *in forma pauperis* on appeal (Doc. 10) is **DENIED.** Mr. Carson must pay the appellate filing and docketing fee of **$455** to the Clerk of Court in this District or reapply to the Seventh Circuit Court of Appeals for leave to proceed *in forma pauperis* on appeal.

**IT IS SO ORDERED.**

DATED: 05/07/10

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge